SILLS CUMMIS & GROSS P.C.
Jack M. Zackin
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-7000
jzackin@sillscummis.com
Attorneys for the Debtors

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| In re: | Chapter 11 |
|---|---|
| BURNS AND ROE ENTERPRISES, INC., *et al.*, | Case Nos. 00-41610 and 05-47946 (RG) (Jointly Administered) |
| Debtors. | Hon. Rosemary Gambardella |

### NOTICE OF EFFECTIVE DATE

**PLEASE TAKE NOTICE** that the Effective Date of the Debtors' Fourth Amended Plan of Reorganization and the Trigger Date with respect to the Settlement and Buyback Agreement by and between the Burns and Roe Parties and the Century Parties occurred this 16th day of July, 2009.

SILLS CUMMIS & GROSS, P.C.
Attorneys for Debtors
One Riverfront Plaza
Newark, New Jersey 07102
973-643-7000

By: _____
Jack M. Zackin

Dated: July 16, 2009